Martin Neftali Aguilar-Rivera #76955-061
United States Penitentiary Atwater
P.O. Box 019001
Atwater, CA 95301

LEGAL MAIL

United States District Court
Southern District of OHIO
85 Marconi Boulevard, Room 121
Columbus, OHIO 43215