# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

MARTIN NEFTALI AGUILAR-RIVERA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:21-CV-164
CRIM. NO. 2:17-CR-164(1)
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

Respondent has filed a Motion to Dismiss the Motion to Vacate under 28 U.S.C. § 2255 due to Petitioner's failure to submit a waiver of his attorney-client privilege and abandonment of that claim. (ECF No. 1285.) Thereafter, on June 8, 2021, Petitioner submitted a written waiver of his attorney-client privilege as it relates to his claims. (ECF No. 1292.)

Respondent's Motion to Dismiss for Petitioner's failure to submit a written waiver of his attorney-client privilege therefore is **DENIED.**

    **IT IS SO ORDERED**.

                                                      s/Edmund A. Sargus, Jr. 7/9/2021
                                                      EDMUND A. SARGUS, JR.
                                                      UNITED STATES DISTRICT JUDGE